In The United States District Court For The Southern District of West Virginia Bluefield-Division

FILED

JAN - 2 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

James Edward Lewis
        Plaintiff

Vs United States of
America Et,al,        Defendant

Case Action 1:23-00650-
Refile Case    1:24-cv-00089

Comes Now Pro'se Plaintiff James Edward Lewis #07515-030 Plaintiff Filed a Civil Suit Complaint on September 23, 2023 For F.t.C.A and Bivens violation. That was Docketed on Record with The Aboved case number, September 29 2023. However I Later Filed a motion to voluntarily Dismiss the complaint Pursuant Rule 41(a) on or About October 24. 2023, without Prejudice In order To Refile my Lawsuit at a Later Date Before the 2 Year Deadline of January 9, 2024 Expires. Although the Court is Not Required by the Rules to Enter an order, In which None was given. I Now Come before this Honorable Court Refiling my Lawsuit/ Complaint under the Previous Case Number of 1:23-00650. Whether The Court Assigns A New Case Number In lieu of the old Number Is Entirely The Court Decision. I Refile This Complaint under Both F.t.C.A. Assault and Battery 28 U.S.C 2680(h), 28 U.S.C. 1346 (b)(1) That United States Actions Were outside It's Scope of Employment and Bivens 8th Amendment Excessive Force Assault and Battery. That Took Place at F.C.I. McDowell In Welch, West Virginia on January 9, 2022. This is Refiled Before The 2 Year January 9, 2024 Deadline. There is a Second Complaint That is Filed Also In Connection with this Complaint That Happened January 10, 2022 For Also F.t.C.A. Assault & Battery and Bivens 8th Amend Excessive Force Assault And Battery. Both Complaints Are Filed December 15, 2023.

Respectfully Submitted, James Lewis 12-15-2023
Informing The Court