IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN District Court of
West - Virginia
Blue Field - Division

James Edward Lewis
Plaintiff

VS

United states of America et, al,
Defendant(s)

FILED

JAN -2 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Case Number
civil Action
1:23-cv-00650--
(Refile Lawsuit)

1:24-cv-00089

# ComplaiNT

A. Parties
plaintiff- James Edward Lewis #07515-030
United states Penitentiary Coleman-1
P.O. Box 1033
Coleman, Florida 33521

B. Parties
Defendant - united states of America For F.T.C.A. Federal Torts Claim Act 2680(h)
Sued IN It's Official capacity - Request Bench Trial. Actions
WERE outside The Scope of Employment. B.O.P. Prog. stat. 5566.06

C. Defendant(s) - correctional officer m. Slaughter; medical R.N. W. Walters
For BiVENS 8th Amendment claims These Defendants are
Sued IN Their Individual capacity _ Plaintiff Request Jury Trial.
Address - Federal correctional Institution F.C.I. mc Dowell
P.O. Box 1099
welch, west virginia 24801

D. Jurisdiction
This complaint is Brought Pursuant to 28 U.S.C. 1331 (a), which gives the
District courts "original Jurisdiction of all Civil actions under the
constitution Laws, or Treaties of the united states. Plaintiff combines
His F.T.C.A, 28 U.S.C. 2680(h), 28 U.S.C. 1346(b)(1) and BiVENS VS SIX
unknown Named Agents of Federal Bureau of Narcotics 403 U.S.388 (1971)
Together IN ONE suit under ONE filing FEE. Correctional services Vs
malesko, 534 U.S. 61 (2001), Carlson vs Green 446. U.S. 14 (1980).

E. Administrative Remedy
Plaintiff Exhausted all Administrative Remedy For F.T.C.A. mailing standard
95 form to mid-Atlantic Region office. Tort Claim Number TRT-mXR-2022-06203
Plaintiff Exhausted BiVENS Remedy I.D. 1132086-R3, January 9, 2022 Assault
with Excessive Force.

F. Federal Tort Claim Act F.t.C.A

1). January 9. 2022 Assaut + Battery
2). ordinary medical Negligence
3.) motion For Funds For PolyGraph Examination Expert
4). Plaintiff James Edward Lewis Sues Defendant United States of America In It's official Capacity.

# F.T.C.A. CIAIM

I. Assault and Battery January 9 2022

The Defendant United States of America by And Through It's Federal Bureau of Prisons Employees at F.C.I. McDowell Located at P.O. Box 1099 Welch, West Virginia Committed The wrongful Acts Against Plaintiff James Lewis of Assault and Battery with the Intent to Harm absent immenent And Present Danger of Harm to others. Themselves, or State/ Federal Property under ████ The color of state Laws of West Virginia. The Defendant United States wrongful Acts of assault and Battery was outside The scope of His ████ ██ Employment. Bureau of Prisons ProGram Statement 5566.06, 28 U.S.C. 2680 (h) of Federal Tort Claims Act.

1). 
## Statement of Facts

When No Amount of Force was Needed For an Inmate Already In compliance with my Hands Hand-Cuffed Behind my Back Correctional officer m. Slaughter on January 9 2022 Acted outside The scope of His Employment when He wrongfully Brutally Assaulted me James Lewis #07515-030 with my Hands Hand-Cuffed Behind my Back. I was on the Top Bunk Sleep In The (SHU) on (A-RANGE, Cell-112) and my Cell-mate Terry white #34889-057 woke me up with stating, "They want to do A cell Search", meaning Correctional officers m. Slaughter and Humphries. So I Got off the Top Bunk Half-Sleep and Complied,

By Turning my back To the Door and placing my hands through the Door Slot, So I could be Hand-Cuffed behind my Back, Then Correctional officer Humphries Also Hand-cuffed my Cellie Terry white In the Same manner. Then Humphries opened the Cell door. Correctional officer m. Slaughter grabbed me out of the Cell by my Right Arm and pulled me out of the Cell Into the SHU Hallway/Corridor and began walking me Fast Stating Something I could barely Hear or understand.

2). Then correctional officer m. Slaughter Tightened His grip around my Bicep on my Right Arm as He Took me Into the open Bay Area of The (SHU) Towards the Lieutenants office where Theres a Blind spot away From The Cameras and inmates outside The (SHU) Holding Cell #122 and Slung me to the Floor and Began yelling out Loud, "He's Resisting, He's Fighting", and while I was on my Stomach with my Hands Hand-Cuffed Behind my Back, Correctional officer m. Slaughter activated His Body Alarm and started Beating me on the Right side of my Ribs with Closed Fist atleast 10 to 12 punches and stopped and Spit In His Hands and wiped It all over His Face and Then mounted Himself upon me, with His KNEE on my NECK grinding His Knee deep down Into my NECK Trying to BREAK my NECK. (like the George FLoyd Example).

3. Then Numerous Correctional officers Arrived and started Beating me while I was Face down on my Stomach. Not Resisting, Fighting or Kicking. Then Correctional officer m. Slaughter Lied to the other asisting Correctional officers stating, "He Head-butted me, and Spit In my Face", while He was still mounted upon my NECK Suffocating me. Then Correctional officer Humphries who was watching The Incident Along with my Cellmate, stated while I was Faced down on my stomach and Said, "I'm going to Break your Fucking NOSE If you Spit In my Face". I was able to muster up a Breath, while being Suffocated and Said, "HE'S Lieing". Then all the Assisting officers, Yelled, "Shut the Fuck up!"

4. THEN After Awhile Lieutenant Loonie Arrived And Had all the officers about 10 to 15 of them who picked me up off the Floor and slammed me Into a Restraining chair. Lieutenant Loonie Had ONE Correctional officer to Go get a Camcorder, and Threatened me by Saying, "You'll do yourself a Favor, and Not Say a word while this CamCorder is Recording" (In other words He Threaten to Have me Assaulted Again IF I say something on the camcorder). So out of FEAR For mylife and Not wanting to be Assaulted again. I didn't say a word But whispered, "Help" to the CamCorder while Being wheeled Into The LAW Library where the computer was at, IF those were my LAst words to my Family.

5. Lieutenant RottenBerry, Lieutenant Loonie and various correctional officers, while the CamCorder was Recording Had me stand-up and Took the chair Restraints off me and Took me out of the Restraining chair, and switch the Hand-cuffs From behind my Back and placed Them In the Front with Ankle Restraints on. Further Tearing open the Diabetic. Ankle ulcer on my Inner Right Ankle, from being slung To the concrete and assaulted. ~~████████████████████████████████████████~~ ~~████████████████████~~

6 Lieutenant Loonie Took the spit bag off my Head, That He Had been slapping The Back of my Head when I Had it ON, when He Had me wheeled Into The Holding cell In the Bay Area CELL # 122. Stating. " You Have BEEN up In your Cell For Two WEEKs writing staff up" Then All correctional officers and medical staff W. walters all Escorted me To (A-Range) But put me In A maximum security (Cell 101) Called the Dry cell With a slab of Concrete In the middle of the Floor with a mattress on it with No Blanket; Then R.N. W. walters Asked me questions.

7. While I was disoriented and In shocked Bleeding From my wrist, KNEES and Feet. R.N walter Look at my ToE and stated, "It Looks BroKEN," and stated the Torn ToE Nail and BroKEN ToE will Both Be alright and walked out of the Holding CEll, They Left me Bleeding and EtremE PaiN, The Diabetic ANKIE ulcer Had Been Re injured and ReopEN Ed, and the AnKIE Restraints were pressing and Rubbing up against the ulcer Furthering The PaiN and Bleeding.

8. Lieutenant Loonie came a few Times to check the Hand cuffs and ANKIE Restraints, while the camcorder was Recording To maKE it Look good oy camcorder like He was Following procedure For my Best Interest and Then Lieutenant LOONIES True Intention start to Show when He Stop Coming Into the CEll with the Com Corder, and thats when The mental torture BegaN.

9. Lieutenant Loonie Caused me mental distress by calling me "a pedephile" out Loud on the SHu Range To Humiliate me, So otHER Inmates Could Hear Him So I could get Stabbed For A LiE. I Stated to Lieutenant Loonie I aM IN PRison For Bank Robbery" And Have been For 17 years Stredight. Lieutenant Loonie Stated, "I'm suppose To Take These Restraints of But as Far as I'm CONCERNEd your still Resisting and I'm going to write it up as such."

10. So Lieutenant LoonIE Falsified the Dry cell monitoring check list to Inflict Further Pain upon me Intentionally, to Harm me by Not Taking The Restraints off at the Appropricte Time by Policy, To Further the Bleeding and Pain, I was unable To sleep, unable to use the Rest Room or To cover and Tend to my BlEEding wounds.

11. Third shift Head SHu SupERVisor officer Came oN After Lieutenant Loonie Left and did cell checks, He also Kept the Restraints on me. Then the third shift SHu SupERVisor officer came and asKed me questions. He AsKed me, "why I'm getting Crazy with His officers?"

12. I responded to his question by stating, "It's a Lie, I don't Argue with Staff, I Just write them up, even when they Refuse To give me grievance(s) forms, I put it on Plain Regular Paper, It's a Losing Battle if I fight or Act Crazy. It's a Lie, I'll Take a polygraph Test To prove ~~XXXXX~~ I Never Resisted Correctional officer m. Slaughters Commands or used Foul Language Towards Him and I Never Spit In His face and I never Head Butted him or Kicked at Him or Pulled away from Him, I didn't say one word to Him, He Just Assaulted me." ~~X~~

13. "Then He spit In His own Hands and wiped it on His face, To make it Look like I spit on Him." Then The Head SHU officer Third shift, Before. He got off duty, walked out of the cell, Then came back Right Before Breakfast January 16, 2022 The Next day In the morning Took The Restraints off of me.

14. The Defendant United States of America, ~~XXX~~ by and Thru it's federal Bureau of Prisons Employee Correctional officer m. Slaughter's wrongful act ~~XXXXX~~ was The proximate Cause of Plaintiff James Lewis Serious Injuries of "Right great Toe Seperation", In other words a Broken Right Big Toe, A partially Torn Right Big Toe Nail, a Reinjured Reopened Diabetic Ankle ulcer on Plaintiffs Inner Right Ankle from being Slung down and Beaten by m. Slaughter. Along with Blood coming from Injuries as well as wrist, Knees, Bleeding and Neck that was sore that Needed to Be examined, from m. Slaughter's Knee being Pressed Into my Neck. [Foot Note 1]

Foot Note Top of Next Page

## Foot Note 1

15. The following morning Not Even 10 hours Later January 10, 2022 while still being Held In The (Dry Cell 101) (Range-A) Around 8:30 Am OR 9:30 Am Correctional officer Covia, P. Snyder, And Hedricks. Came To my Cell and stated They NEED To Take photos of the Injuries from January 9, 2022, So I Hobbled To the door with my Broken Big Toe, and opened Diabetic Ankle ulcer and Partially Torn Big Toe Nail on my Right foot with excruciating Pain along with all the other Injuries. And Turned around In compliance with my Back To the door Slot, That Had the food Box Attached and put my Hands Through The Slot, So I Could BE Hand-Cuffed with my Hands Behind my Back. Then C/o Covia opened The Cell door and Escorted me once again To a Holding Cell In the open Bay Area and Took Selective photos of Some of the Injuries but Not The Serious Injuries. immediately after Taking photos Correctional officer Covia who I Think Also works In Administration at F.C.I. McDowell opened The Cell door and Escorted me once again back to the Dry Cell Rehand-Cuffing me, I could Feel Something Bad was about to Happen To me, as I was being Escorted Back To the Dry Cell by C. Via, P. Snyder, Hedrick. Correctional officer (Covia) was on my Left-Side, Correctional officer P. Snyder was on my Right-Side, but mostly Behind me and correctional office (Hedrick) was on the Right-Side of me, Correctional officer (Covia) Turns To me face to face and presses His ForeHead up to the Left-Side of my face/cheek and states, "You want to Head-butt Some body." (He's Refeering To the LiE correctional officer, M. Slaughter Told Everyone That I Head butted Him and spit In His face To Justify His Assault on me January 9, 2022. Then correctional officer (Covia) Tried to Put His Right foot and Leg Into my Path where I was walking To Trip me His first Attempt failed, Then He Tried a Second Time, But He got Help From C/o Hedrick and P. Snyder by Shoving me forward over C/o (C.via's) Right Leg where I Fell forward face First Striking my Head on the Concrete floor and all Three officers began Savagely Beating me until unconsciousness Fading In and out, with my Hands Handcuffed Behind my Back. Penalty of PerJury 1746 The Information is True and Correct In this footNote. _James Lowes_   12-15-2023
Signature                Date.

6 of 21

6

# II. F.T.C.A. ordinary medical Negligence claim January 9, 2022

1). Defendant united states of America who is being sued In it's official capacity By and Through It's Federal Bureau of Prisons medical R.N staff w. walters at F.C.I. mc Dowell Located at welch, west virginia committed ordinary medical Negligence January 9, 2022 For The wrongful ommission of Ignoring and disregarding me James Lewis of medical Treatment that is owed to me pursuant to 4042 of the tort claim Act. After I was Assaulted by correctional officer m. slaughter I was Escorted to A dry cell and ▮ R.N. w. walters was one of the persons That Escorted me and ▮ observed my Injuries After seeing the Blood Running From my Toe-Nail that Had Been Partially Torn and Looked at my Big Toe that was swollen and stated, it Looks seperated" meaning Broke on my Right Foot. Instead of Providing ▮ Treatment He walked away and stated, "It will be alright; and the Toe Nail will Fall off" He Ignored the ▮ Reopened Diabetic Ankle ulcer that was Right Above my Ankle on the same ▮ Right Foot. Then 16 days Later my Right Big Toe became Infected, along with throbbing From being Seperated / Broken, with no Gauze to cover, up the open Diabetic Ankle ulcer. Defendants Negligence Violates west virginia's state LAW medical care. And Breached His Penalty of perjury Duty owed to me 4042(a) F.T.C.A

The plaintiff Avers that The Information Contained In the Above F.T.C.A. Torts ordinary medical Negligence claim is True and correct under. Penalty of Perjury ¢1746 To The Best of my Recollection and Knowledge. Signature was Executed at Federal correctional Complex U.S.P.-1 /P.O. Box 1633, Coleman, Florida 33521 __12-15-2023__
Date of

_James Lewis_
Signature.

7 of 21

⑦

## III. F.T.C.A. Federal Tort claim Act Relief

1. WhereFore Plaintiff REQUEST that the court Grant the Following Relief For January 9 2022 against DEFENDANT united states of America IN It's official capacity.

2. That the wrongfull Acts And ommissions of the Defendant united states of America Federal EmPloYEE correctional officer m. SlauGHTER Acted outside the ScoPE of His EmPloYmENT B.O.P. ProGram statemENT 5566.06 when He used physical ForcE Against Plaintiff JamES Lewis was unReasonable and without NEEd or Provocation constituted by the Torts of Assault and Battery under the LAW of WEst ViriGiNia.

3. And Grant RELiEF AGainst the united states of America That the NEGliGENT ▇▇▇ wronGFul Act and ommission of medical staff R.N. w. walters when He IGnored and disreGarded Plaintiff's serious wounds from The Assault and Battery Therefore BReaching the Duty owed to the Plaintiff Pursuant to the 4042(a) To Have AdeQuate medical CarE. The DEFendonts Breach of that duty was A direct Causal LiNK to Plaintiff's ToE BeinG InFected And Fusing IN it's Dislocated Position along with ANKlE ulcer beinG ExPosEd to the ElemeNts with no Follow-up or Pain RelievERS, or Guaze to cover it.

4. There fore The PlaintifF REQuEst This Honorable court Grant The Plaintiff the Relief of the Amount IN His Torts 95 Form of $1,750,000 ⁰⁰.

## IV. Biven Constitutional Claims

1. Eighth Amendment constitutional violation of Cruel And unusual Punishment Excessive Force Assault And Battery by Correctional officer m. Slaughter January 9, 2022.

2. Eighth Amendment Deliberate Indifference to my Serious medical Needs of Injuries From Excessive Force Assault and Battery That Register Nurse W. Walters was Aware of Then Ignored And Failed to Treat Seperated Right Great Toe / Broken, Partially Torn Toe Nail, Reopened Diabetic Ankle ulcer, along with other Injuries From the January 9th 2022 Assault by m. Slaughter.

3. motion For Funds For Polygraph Examination Expert

4. Plaintiff sues Correctional officer m. Slaughter and Register Nurse W. Walters In Their Individual Capacity, Note 2

---

Note 2 Register Nurse W. Walters Falsifies medical Records After AN Assault on Inmate by staff to cover-up The officers Tracks.

9 of 21

5. Pursuant to Biven Claims standard, Plaintiff sues correctional officer: m. Slaughter and medical staff Register Nurse: w. walters In Their Individual Capacity. And Request a Jury Trial.

# V. BIVENS EXCESSIVE FORCE
## Statement of Facts

1. January 9, 2022 correctional officer (m. Slaughter) violated my 8th amendment Right of Cruel and unusual Punishment; when HE used EXCESSIVE FORCE and Assault and Battery against me, For malicious and Sadistic Intent to Harm me, when NO Amount of Force was NECESSary; And lied and Falsified the Incident Report To cover-up and Justify His assault against me.

2. I James Edward Lewis was Brutally Assaulted with my Hands Hand-cuffed Behind my Back by correctional officer m. Slaughter I was on The Top Bunk Sleep In the (SHU) special Housing unit when my Cell-mate Terry white woke me up stating," They want to do a cell Inspection." He was Referring To Correctional officers m. Slaughter and Humphries. I was Half-Sleep with my Head under my Blanket. I got off the Top Bunk and Complied by Turning Around with my Hands behind my Back and Placing Them Through the door. Slot. So I could be Hand-Cuffed.

3. Then officer Humphries Hand-cuffed my Cellie Terry white Then He opened The Cell door. Correctional officer m. Slaughter grabbed me out of the cell by my Right Arm and Pulled me out of the cell, Into The Hallway/corridor of the SHU and Started walking Fast and Saying Something That I couldn't understand or Hear. Then Correctional officer m. Slaughter Tightened His grip Around my Right Bicep and Took me Into The Open Bay AREA of the (SHU) Towards The Lieutenant's office

where It's a Blindspot and NO Cameras outside the (SHU) Holding Cell (Number 122) and slung me down to the Concrete Floor Head First and Began Yelling out Loud, "He's Resisting, He's Fighting" and while I was on my Stomach with my Hands Hand-Cuffed Behind my Back Correctional officer Mo Slaughter Activated His Body Alarm and Started Punching me on The Right-Side of ■ my Body and Punching my Ribs and Then stop Beating me, and Spit In His Hands and wiped It all over His Face and Shirt, and Then mounted himself upon me with His Knee on my Neck grinding His Knee deep down Into my Neck ████████████████ Trying To Break my Neck. The Numerous Correctional officers Arrived and Started Beating me, while I was on my Stomach, Not Resisting or Fighting or Kicking. I didn't speak a word to correctional officer m. Slaughter.

4. Then correctional officer m. Slaughter Lied to the other officers That were assisting by Stating, "He Head-butted me and spit In my Face." While Still mounted upon my Neck Suffocating me, Then correctional officer Humphries came while I was Still Face down on my Stomach and Said, "I'm going to Break your Fucking Nose, If you Spit In my Face." I was able to muster-up a Breath while Being Suffocated and Said, "He's Lieing." Then All the other Correctional officers yelled, "Shut The Fuck up."

████████

5. Then Lieutenant Loonie Had Approximately 10 to 14 correctional officers pick me up off the Floor and Slammed me Into a Restraining Chair with my Hands Still Hand-Cuffed behind my Back Causing Excruciating

11 of 21

Pain to Both my wrist and placed a spit bag over my Head and Had me wheeled Into Holding Cell #122 where I was slung down to the ground and Beaten by C/o m. Slaughter In The Blind spot, with No Cameras, and began punching the Back of my Head with the Spit-bag over it and Began Stating, "You been up In your cell For Two weeks writing staff up."

6. After the Excessive Force Assault and Battery and being slammed Into the Restraining chair. (Lieutenant Loonie) Had one of the correctional officers To go get a Camcorder and Threatened me by Stating, "You'll do yourself A Favor and Not Say a word while This camcorder is Recording." (In other words I Interpet That To mean That if I Say Something on camcorder To Help me He would Have me assaulted again)... So out of FEAR For mylife and Not wanting to be assaulted and Battered again, I didn't say a word but whispered, "Help" to the camcorder while being wheeled Into the Law Library where The computers are.

7. While Blood was dripping From my ▮▮▮▮ wrist, Knees and other Area of my Body. I was Escorted To (A-Range)(Cell #101) called The Dry cell with a slab of concrete In The middle of the Floor with a mattress and No Blanket, and The cell was Freezing cold and Left Bleeding with Ankle and wrist shackles, medical staff R.N. W. Walters was also Part of the Escort staff that Escorted me To the Dry cell and asked me questions with the Camcorder Recording R.N. W. Walters Examined me and observed my Partially

12 of 21

Torn off Toe nail on my Right Foot Big Toe, while also observing my Broken/Seperated great Toe (Big Toe) on my Right Foot. and stated After Looking at the Torn Toe Nail and Broken/seperated Big Toe, "That The Broken/Seperate Toe will be alright and the Partially Torn off Toe Nail will Fall off." and Looked at the Reopened Diabetic Ankle ulcer on my Inner Right Ankle and Ignored it and walked out of the Holding Cell. Didn't give me Pain Pills For The Pain, even After observing my Injuries from the Assault January 9, 2022.

8. Lieutenant Loonie came A Few Times To check the Handcuff and Restraints on my Ankles and also observed the Reopened Diabetic ankle ulcer on my Right Inner Ankle and commented about it, stating, "You better be glad thats all you got." This was After He stopped Coming Into the cell with The Camcorder and started verbally abusing me calling me a "Pediphile" out Loud on The SHU Range, so The other Inmates In the SHU Could Hear Him, and Try to Stab me For A Lie. I Replied To Him with, "I'm In Prison For Bank Robbery." Then Lieutenant Loonie Asked me, "How Long Have I Been In Prison?" I stated, "17 years straight For a Crime I didn't committ." Then Lieutenant Loonie stated, "I'm Suppose To Take These Restraints off, But as Far as I'm Concerned your still Resisting and I'm gonna write It up as Such." So Lieutenant Loonie Falsified The Dry Cell monitoring check list To Further Inflict Punishment with malicious Sadistic Intent To Inflict wanton Pain upon me, Keeping me In Restraints Longer Then normal. From 6:47pm January 9, 2022 until January 10, 2022 with Ankle and Wrist Restraints.

13 of 21

9.) Then 3rd shift SHU Supervisor around 12 Am or 1:00 Am January 10, 2022 Did cell checks, But kept the Restraints on me. He opened the cell door and began asking me questions. He asked me, "why, I'm getting crazy with staff," I Responded, "It's A LIE," I don't Argue with Staff, I just write them up Even when they Refuse To give me grievance forms. I just write The grievance on plain paper. It's a Losing Battle If I fight or act ■ Crazy, I Been In Prison For 17 years Fighting to prove my Innocence, ██████████████ I Know How The System operates. It's a Losing Battle to Argue and fight staff, C/o slaughter Lied. It's a Lie. I'll Take a polygraph Test To prove I Never Resisted correctional officer m. slaughter or used profanity Towards Him or at Him. I Never Spit In His Face and I Never Head-Butted Him or Kicked at Him or pulled away from Him, I didn't Say one word to C/o. slaughter. He just Assaulted me. Then Spit In His own Hands and wiped It on His Face." Then The SHU Supervisor on 3rd shift walked out of the Dry cell AFTER I said, "It's A Lie, I'll Take a polygraph Test..." Hours Later SHU Supervisor came back January 10, 2022 and took The Restraints off That Had Dry Blood on them with some of my wounds still bleeding. Gapeing wounds on Wrist. A Broken/Seperate Big Toe on my Right Foot, with a partially Torn off Toe Nail on same Foot as well as A Reopened Diabetic Ankle Ulcer. My knees were Bloody, Blood was all over The Floor and my clothes. My Toe and ankle ulcer Continued to Bleed out, From being Slung down by C/o. m. slaughter, my Neck Felt like I Had wipe-lash from a Car Accident, I couldn't Turn my Neck because His Knee was Pressed Into my Neck with my Hand-Hand cuffed Behind my Back.

14 of 21

10. Correctional officer m. Slaughter's Actions In Applying Excessive Force and Assault and Battery on me who was Incompliance To All of His Commands and directives when given. Defendant m. slaughter applying Physical Excessive Force was Not In Good Faith, but was maliciously Sadistically Applied To cause me Pain and Harm. I was In complete compliance There was No Need For Force, I Never spoke a word to Defendant m. Slaughter when He pulled me out of my cell to do a cell search I was Half sleep on the Top Bunk and obeyed His or Humphrey's Command and directive To be Hand-Cuffed behind my Back and willingly came out of my cell and willingly with No Resistance, walked To the Holding cell, I Never spoke A word to Him, So Therefore I could Have Not made A Threat or used profanity. My Body and Actions were Incompliance To His Commands with my Hands Hand-Cuffed behind my Back. Defendant m. Slaughters Slinging me to the concrete and then beatening me with a closed fist and then Lied and Fabricated the Entire Incident to The Level of Falsifying The Incident Report, and Spiting In His own Hands Then wiping it on Himself. Defendant m. Slaughters Excessive Force Assault was the Proximate cause of my Injurys and His use of Force was maliciously and Sadistically Applied to Harm me ~~so~~ ~~████████████████████████████████~~, and Then Lieing stating, "I Head Butted Him," ~~and~~ To cover-up The Assault was malicious and Sadistic and Violates my 8th Amendment Rights of Cruel and unusual Punishment, a clearly Establish Law.

# VI.
## BIVENS

1. 8th Amendment cruel and unusual Punishment. Deliberate Indifference To my serious medical needs of a seperated / Broken Great Right Big Toe and a Re.Injured, Reopened Bleeding diabetic Ankle ulcer on The same Right Foot and a partially Torn-off Bleeding Toe-Nail, That Became Infected on the same Right Foot, Along with other Bleeding Injuries Directly from The Assault.

2. Plaintiff Avers: That medical staff R.N. W. Walters and Employee at F.C.I. mcDowell In welch, west Virginia. Ignored and Disregard His serious medical Needs by Failing To Treat His Broken/seperated great Right toe, and Partially Torn-off Toe Nail from the same Right Foot, that Became Infected along with A bleeding Reopened Diabetic ankle ulcer on same Right Foot. Registered Nurse W. Walters was one of the staff that Escorted me To the Dry cell with Lieutenant Loonie and 10 other correctional staff and observed my Toe on my Right Foot being Seperated along with the Partially Torn Bleeding Toe-Nail Barely Hanging on and Saw the Bleeding open diabetic Ankle ulcer and stated, after ~~seeing~~ Seeing my Injuries Bleeding, That the Seperated/Broken great Toe will be alRight and the Partially Torn off Toe-Nail will Fall off, He then Looked at the Diabetic ankle ulcer on the same Foot and gave a Facial Expression of disgust and Repugnance and disregarded it and walked off by walking out of the Holding cell. I was Hand-cuffed and shackled and was given No medical Treatment No pain medication, No medical Gauze, No Toe cast. However 10 days Later my Partially Torn off Toe-Nail became Infected with pus. and Swollen from being Broken and Infected.

3. The Following morning January 10. 2022 Not Even 10 hours

16 of 21

While still being Held IN the (Dry cell 161) (RANGE-A) Around 8:30 Am or 9:30 Am Correctional officers C. Via, P. Snyder, and Hedricks came To my cell and stated, "They Need to get me out of the cell To Take pictures of my Injuries From the previous Night January 9. 2022.

4. So I Hobbled to the Door because of my Injuries and the excruciating Pain, and Turned Around In compliance with my Back to the door slot with the Food Slot Attached and put my Hands Through the slot, so I could Be Hand-cuffed Behind my Back. Then C/o. C. via opened the door and Escorted me once again to the open Bay Area and Took Photos of some of the Injuries but Not all of them. And Immediately after the Photos and Rehand-cuffing me, Behind my Back. They opened the Holding cell door and I could Tell Something wrong was about to Happen. As Correctional officer C. Via, P. Snyder, And Hedricks Escorted me Back to The Dry cell These 3 correctional officers after Being Tripped To the concrete Floor Face First all Three began Savagely Beating and assaulting me January 10th 2022. And Reinjured All the Prior Injuries, From January 9, 2022 And Left me In The Dry cell From January 9, 2022 until January 23, 2022. 14 days No medical, No ~~mental~~ mental Health Treatment, No Shower, No clean Clothes, Blood was dried up, No pain medication I suffered for 14 days. SEE BIVENS/F.t.CA Lawsuit For January 10th 2022. Note #3

Note# 3    R.N. medical staff W. walters was also one of the staff I Filed Grievance against Because I complained That He was Help covering up That I was Raped by 2 officers when I Filed a (PREA.) Prison Rape Elimination Act. That Disappeared, So He Not Treating me was Retaliation.

17 of 21

5. Defendant R.N. medical staff W. Walters acted with Deliberate Indifference when He saw my Injuries from The Assault by C/o M. Slaughter and commented on them and Disregarded, Ignored Them and walked away, His omission after being aware, That There was a substantial Risk To my Health and Safety and Defendant R.N. W. Walters still disregarded The Serious physical consequences Deprived me of my 8th Amendment Rights and committed Cruel and unusual Punishment.

6. 3 months Prior September 22, 2021, He Had subject Knowledge of my Diabetic ankle ulcer, That I was diagnosed by a federal Prison doctor, as well, He could See from His Trained Eyes That the Seperated Great Right Toe, and partially Torn off Toe-Nail would Need medical Attention, or He should Have Known From His observation my Health and Safety could be put In Danger, If Not Treated with medical Attention.

## VII. Intentional Infliction of Emotional Distress

1. The Injuries Sustained of Flashbacks, Depression, Paranoia, Anxiety, Fear of correctional officers' sleeplessness, Suicidal Thoughts, a Re-Injured, Reopened ulcer on Ankle, Seperated Great Right Toe, and partially Torn off Great Right Toe Nail, That Became Infected was The proximate Cause of correctional officers m. Slaughter's Excessive Force Assault and Battery along with R.N. medical staff W. Walters Deliberate Indifference Ignoring, disregarding The Injuries From the Assault.

# VIII.    Bivens Claims Relief

1. The Actions of Defendant C/o. m. slaughter In using Force against the Plaintiff James Lewis without need or Provacation and then lieing and Fabricating the Incident That Plaintiff spit In his Face and Head-butted Him and Spitting In His own Hands and wiping It on Himself, along with writing a False disciplinary Report and Taking Paid Leave Time off to cover-up the Assault was done maliciously and Sadistically and and constituted cruel and unusual Punishment In violation of the Eight Amendment of the United States constitution.

2. The Actions of Defendant C/o m. slaughter In using Excessive Force Assault and Battery against Plaintiff James Lewis without need or Provacation In a maliciously and Sadistically manner Resulting In Emotional Distress, mental Distress as a direct-Result From the Physical Injuries Sustained From the Assault.

3. The Actions of Register Nurse W. Walters Failing to Provide Plaintiff with medical Treatment, by Ignoring and Disregarding His seperate great Right Toe, Ignoring and Disregarding His Partially torn off ToeNail on Right Big Toe, along with ReInjured Reopened diabetic Ankle ulcer on Right Inner Ankle From the Assault of Correctional officer m. Slaughter was Deliberate Indifference of His Serious medical needs cruel and unusual Punishment and medical Staff R.N. Walters Actions

was The Causal Link of Plaintiffs Partially Torn-off Big Toe Nail becoming Infected and Big Right Toe That was Broken To begin to Fuse and grow Incorrectly In Place, His Actions Subject my ReoPEN ReInjured Ankle ulcer To Danger of Infection, Gangrene, and possible Amputation. He put Plaintiff Safety and Health In danger.

4. These Two Federal officers of Bureau of Federal Prisons who were Employees at F.C.I. mc Dowell were working under color of Federal LAW and are being Sued In Their Individual capacity.

# VIII. Relief Requested

Wherefore Plaintiff Request that the court Grant the Following Award compensatory damages In the Following Amounts

1). #500,000.00 Compensatory damages against Defendant m.Slaughter For The Physical and Emotional Injuries Sustained as a Result of 8th Amendment violation Excessive Force Assault and Battery with maliciously and Sadistically Having the Intent to Harm Plaintiff when No Amount of Force was Necessary with No threat or Provocation Then Lieing and Fabricating The Incident In disciplinary Reports and paid work leave, To Cover-up The Assault with Excessive Force.

2). $500,000.00 Punitive Damages Against Defendant m.Slaughter To Deter Future Such Behavior by others. And Punish Him as The wrong doer

20 of 21

Relief Requested continued

3). Award compensatory damages In the Following Amount of $ 300,000.⁰⁰ against Defendant R.N. W. walters For Deliberate Indiffence To Plaintiff's Serious medical Need of Treatment To the Injuries Sustained From the Beating by C/o m. Slaughter R.N. W. walters observed the Injuries, Then Failed to Treat them by Ignoring, and disregarded Them Resulting In a Toe Infection From partially Torn off Toe-Nail. Reopened, Injured Right Ankle ulcer. Along with Broken Big Toe on Right Foot.

4). Award Punitive Damages In The Following Amount Against Defendant R.N. W. walters of $500,000.⁰⁰ To Deter Future Behavior by others, and Punish the wrong Doer.

Pursuant to 28 U.S.C. §1746, I declare under Penalty of PerJury That the Foregoing In This Complain Bivens and F.t.c A is True and correct Pages 1 Thru 21 And cover

December 15, 2023     , James Edward Lewis  Fed Corr. Complx-U.S.P-1  P.O. Box 1033  #07515-030     Coleman, Florida 33521

Respectfully Submitted
James E Lewis
07515-030

21 of 21