```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

JAMES EDWARD LEWIS,

    Plaintiff,

v.                                    CIVIL ACTION NOS. 1:23-00814
                                                                               1:24-00089

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM OPINION AND ORDER

        Trial of these matters is scheduled to begin on July 9, 2025. On June 12, 2025, defendant United States of America filed a Notice in these matters indicating that Lewis, the plaintiff in these matters who is proceeding pro se, sustained a recent injury to his jaw. Said injury required surgery and Lewis's jaw is currently wired shut. Lewis is to be scheduled for a follow-up medical appointment on or about July 4, 2025.

        Because plaintiff's ability to effectively represent himself at trial would be hindered if his jaw is wired shut and it is unclear when that situation will be resolved, a brief continuance of the trial in these matters is warranted. Therefore, the trial is **CONTINUED** until August 12, 2025, in Bluefield.

        The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

**COUNSEL FOR THE UNITED STATES IS DIRECTED TO MAKE EFFORTS TO HAVE THE BOP INFORM PLAINTIFF OF THE CONTINUANCE AS SOON AS POSSIBLE.**

**IT IS SO ORDERED** this 23rd day of June, 2025.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge