```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

JAMES EDWARD LEWIS,

    Plaintiff,

v.                                     CIVIL ACTION NOS. 1:23-00814
                                                         1:24-00089

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Order entered June 23, 2025, trial of these matters was continued to August 12, 2025, to accommodate Lewis's medical condition.  See ECF No. 96 in 2023 case.  The court is advised that Mr. Lewis's medical condition will not have improved to a sufficient degree to move forward with the trial on August 12, 2025, and that moving him to Bluefield for trial might impede his recovery and treatment.  Therefore, the trial is **CONTINUED** until August 28, 2025, in Bluefield.  Should Mr. Lewis require a further continuance, he should advise the court as soon as possible.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.  **COUNSEL FOR THE UNITED STATES IS DIRECTED TO MAKE EFFORTS TO HAVE THE BOP INFORM PLAINTIFF OF THE CONTINUANCE AS SOON AS POSSIBLE.**

**IT IS SO ORDERED** this 11th day of July, 2025.

ENTER:

David A. Faber
Senior United States District Judge